UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NESTOR SAROZA,

        *Plaintiff*,

v.

CLIENT SERVICES, INC.,

        *Defendant.*

Civil Action No. 17-3429

ORDER

**THIS MATTER** having come before the Court by way of the Honorable Steven C. Mannion's Report and Recommendation dated June 8, 2018, in which Judge Mannion recommended that the Court deny Defendant's motion to compel arbitration, ECF Nos. 26, 29;

and it appearing that neither Defendant nor Plaintiff in this matter have filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Mannion's Report and Recommendation;

**IT IS** on this 31st day of October, 2018;

**ORDERED** that Judge Mannion's Report and Recommendation dated June 8, 2018, is **ADOPTED**; and it is further

**ORDERED** that Defendant's motion to compel arbitration is **DENIED**.

        */s Madeline Cox Arleo*_____
        **HON. MADELINE COX ARLEO**
        **UNITED STATES DISTRICT JUDGE**